U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| | |
|---|---|
| In the Matter of<br>STARNET INSURANCE COMPANY<br>v.<br>SOUTH WEST INDUSTRIES, INC. d/b/a ANDERSON ELEVATOR COMPANY and CHICAGO TRANSIT AUTHORITY | Case Number: FILED: MARCH 31, 2008<br>08 CV 1828       JH<br>JUDGE GOTTSCHALL<br>MAGISTRATE JUDGE ASHMAN |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

STARNET INSURANCE COMPANY

| |
|---|
| NAME (Type or print)<br>Perry M. Shorris |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Perry M. Shorris |
| FIRM<br>Bollinger, Ruberry & Garvey |
| STREET ADDRESS<br>500 W. Madison, Ste. 2300 |
| CITY/STATE/ZIP<br>Chicago, IL 60661 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6216843 | TELEPHONE NUMBER<br>312-466-8000 |
|---|---|

| | | |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ✓ | NO ☐ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐ | NO ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ✓ | NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ✓ | NO ☐ |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐