AO 440 (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS

**SUMMONS IN A CIVIL CASE**

STARNET INSURANCE COMPANY

CASE NUMBER: 1:08 cv 01828

V.

ASSIGNED JUDGE:

SOUTH WEST INDUSTRIES, INC. d/b/a
ANDERSON ELEVATOR COMPANY and
CHICAGO TRANSIT AUTHORITY

DESIGNATED
MAGISTRATE JUDGE:

TO: (Name and address of Defendant)

CHICAGO TRANSIT AUTHORITY, 567 W. Lake St., Chicago, IL 60661

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Perry M. Shorris
BOLLINGER, RUBERRY & GARVEY
500 West Madison Street, Ste. 2300
Chicago, IL 60661-2511

an answer to the complaint which is herewith served upon you, within ___20 days___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

NOTE: When the print dialogue box appears, be sure to uncheck the Annotations option.

MICHAEL W. DOBBINS, CLERK

APR - 2 2008

(By) DEPUTY CLERK          DATE

AO 440 (Rev. 05/00) Summons in a Civil Action

| RETURN OF SERVICE | | |
|---|---|---|
| Service of the Summons and complaint was made by me<sup>(1)</sup> | DATE | 4/11/08 |
| NAME OF SERVER (PRINT)  ROBERT RUSCH | TITLE | PROCESS SERVER |

*Check one box below to indicate appropriate method of service*

☒ Served personally upon the defendant. Place where served: __567 W. LAKE ST.,__
__CHICAGO, IL 60661__

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

**DECLARATION OF SERVER**

   I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __4/11/08__    _[signature] Robert Rusch_
                Date                    Signature of Server

__27 N. WACKER DR. 195, CHICAGO, IL__
                Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.