IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STARNET INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1828 |
| | ) | |
| | ) | JUDGE JOAN GOTTSCHALL |
| v. | ) | |
| | ) | |
| SOPUTH WEST INDUSTRIES, INC. dba | ) | Magistrate Judge Ashman |
| ANDERSON ELEVATOR COMPANY; | ) | |
| and CHICAGO TRANSIT AUTHORITY. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT CHICAGO TRANSIT AUTHORITY'S
NOTICE OF FILING AND OF MOTION TO EXTEND TO EXTEND TIME
TO ANSWER OR OTHERWISE PLEAD

To:  Perry Michael Shorris
     Bollinger, Ruberry and Garvey
     500 West Madison St.
     Suite 2300
     Chicago, Illinois 60606-2511

PLEASE TAKE NOTICE defendant Chicago Transit Authority ("CTA"), by its attorney, has this day filed with the Clerk of the United States District Court for the Northern District of Illinois its attorney's Appearance and its Motion for Extension of Time to Answer or Otherwise Plead, copies of which are attached.

PLEASE TAKE FURTHER NOTICE that defendant CTA, by its attorney, will appear before the Honorable Judge Joan Gottschall, presiding in her usual courtroom 2325, United States District Court, Northern District of Illinois, 219 South Dearborn, Chicago, Illinois at 9:30 a.m. on Thursday May 1, 2008.

Dated:  April 28, 2008          Respectfully submitted,

                                KAREN ROWAN
                                General Counsel
                                Chicago Transit Authority

(312) 681-3141
Attorney No.6198418             By:___/s/_____
Chicago Transit Authority           Kevin Rakers
567 West Lake St.                   Managing Attorney
Chicago, Illinois 60661

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Filing and Appearance on behalf of defendant Chicago Transit Authority, copies of which are attached, to be sent by mail to the persons named in the Notice.

Dated:  April 28, 2008          Signed:


_____/s/_____
Kevin Rakers
Managing Attorney
Chicago Transit Authority