IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STARNET INSURANCE COMPANY | ) | |
| | ) | |
| Plaintiff, | ) | No. 08 cv 1828 |
| | ) | |
| | ) | JUDGE JOAN GOTTSCHALL |
| v. | ) | |
| | ) | |
| SOPUTH WEST INDUSTRIES, INC. dba | ) | Magistrate Judge Ashman |
| ANDERSON ELEVATOR COMPANY; | ) | |
| and CHICAGO TRANSIT AUTHORITY. | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

DEFENDANT CHICAGO TRANSIT AUTHORITY'S
AGREED MOTION TO EXTEND TO EXTEND TIME TO ANSWER
OR OTHERWISE PLEAD

Defendant CHICAGO TRANSIT AUTHORITY ("CTA") by its attorney, hereby moves the Court for an order granting a 28 day extension of time for the CTA to answer or otherwise plead. In support of its motion, CTA states as follows:

1. This action was filed on March 31, 2008 with the Clerk of the United States District Court, Northern District of Illinois.

2. Defendant CTA was served on or about April 11, 2008 with a summons demanding response within 20 days, or May 1, 2008.

3. CTA requires additional time in order to determine whether it will retain outside counsel for representation in this matter.

4. For that reason, it is not possible or advisable for in-house counsel to prepare responsive pleadings in this matter by May 1, 2008.

1

5. Counsel for the CTA requests an additional 28 days, until the end of business on May 29, 2008, to answer or otherwise plead.

6. Counsel for plaintiff states that he has no objection to this request.

7. This motion is not presented in order to cause delay.

WHEREFORE, defendant CTA respectfully requests that this Court grant its motion for an extension of time to answer or otherwise plead for 28 days, until May 29, 2008.

> Respectfully submitted,
>
> KAREN ROWAN
> General Counsel
> Chicago Transit Authority
>
>
> By:_____/s/_____
>       Kevin Rakers
>       Managing Attorney

Chicago Transit Authority
567 West Lake St.
Chicago, Illinois 60661
(312) 681-3141