**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 1:08 CV 01828 |
|---|---|

Starnet Insurance Company
v.
South West Industries d/b/a Anderson Elevator Company
and Chicago Transit Authority

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

South West Industries, Inc. d/b/a Anderson Elevator Company

| NAME (Type or print) |
|---|
| Michael J. Urgo Jr. |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Michael J. Urgo Jr. |
| FIRM |
| GARRETSON SANTORA URGO & NUGENT LTD |
| STREET ADDRESS |
| 2 NORTH LASALLE #1100 |
| CITY/STATE/ZIP |
| CHICAGO, ILLINOIS 60602 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 06181483 | 312.263.6635 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐   APPOINTED COUNSEL ☐