IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

STARNET INSURANCE COMPANY        )
                                 )
              Plaintiff,          )        No. 08 cv 1828
                                 )
                                 )        JUDGE GOTTSCHALL
                    **v.**         )
                                 )
South West Industries, Inc., et. al.  )
                                 )
              Defendants.         )

CTA'S MOTION TO ALLOW
SUBSTITUTION OF COUNSEL

Defendants CHICAGO TRANSIT AUTHORITY, ("CTA") hereby move the Court

for an order allowing substitution of counsel in this matter. In support of its

motion, the Defendant CTA states as follows:

1. This action was filed on March 31, 2008 and attorney Barbara Smith of the
   CTA Law Department was assigned to this matter

2. Ms. Smith is retiring from the CTA effective June 30, 2008.

3. Managing Attorney Kevin C. Rakers has filed his appearance on behalf of
   the CTA.

4. This motion is not presented in order to cause delay.

WHEREFORE, Defendant CTA respectfully requests that this Court allow

Barbara Smith to withdraw her appearance in this matter.

Respectfully submitted,

KAREN ROWAN
General Counsel
Chicago Transit Authority


By:_____/s/_____
        Barbara Smith
        Managing Attorney

Chicago Transit Authority
567 West Lake St.
Chicago, Illinois 60661
(312) 681-3110