IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| STARNET INSURANCE COMPANY ) | | |
| ) | | |
| Plaintiff, ) | No. 08 cv 1828 | |
| ) | | |
| ) | JUDGE JOAN GOTTSCHALL | |
| v. ) | | |
| ) | | |
| SOUTH WEST INDUSTRIES, INC.  dba ) | Magistrate Judge Ashman | |
| ANDERSON ELEVATOR COMPANY; ) | | |
| and CHICAGO TRANSIT AUTHORITY. ) | | |
| ) | | |
| ) | | |
| Defendants. ) | | |

DEFENDANT CHICAGO TRANSIT AUTHORITY'S
NOTICE OF MOTION AND FILING

To: Perry Michael Shorris               Michael J. Urgo, Jr.
    Bollinger, Ruberry and Garvey       Garretson Santora Urgo & Nugent, Ltd.
    500 West Madison St.                2 N. LaSalle Street
    Suite 2300                          Suite 1100
    Chicago, Illinois 60606-2511        Chicago, IL  60602

PLEASE TAKE NOTICE defendant Chicago Transit Authority ("CTA"), by its attorneys, will appear before the Honorable Joan Gottschall of the United States District Court for the Northern District of Illinois on **July 23, 2008 at 9:30 in Room 2325 of the Dirksen Building** and then and there present its Motion for Substitution of Counsel, a copy of which is attached.

Dated:  June 25, 2008                   Respectfully submitted,

                                        KAREN ROWAN
                                        General Counsel
                                        Chicago Transit Authority

(312) 681-3141
Attorney No.6198418             By:___/s/_____
Chicago Transit Authority               Kevin Rakers
567 West Lake St.                       Managing Attorney
Chicago, Illinois 60661

## CERTIFICATE OF SERVICE

I hereby certify that I am an attorney of record in this action and that I have this day caused true copies of the foregoing Notice of Motion and Filing and Motion for Substitution of Counsel, copies of which are attached, to be sent by mail to the persons named in the Notice.

Dated: June 25, 2008         Signed:


_____/s/_____
Kevin Rakers
Managing Attorney
Chicago Transit Authority